JAMES TALCOTT, INC. v. WINCO SALES CORPORATION.—

Concur — Botein, P. J., Valente, Stevens, Eager and Steuer, JJ.